E-FILED
Thursday, 15 December, 2005 02:29:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| DANNY WILEY, <br><br> Plaintiff, <br><br> vs. <br><br> PENTAGROUP FINANCIAL, L.L.C., <br> a Texas Limited Liability Company, <br><br> Defendant. | 05- 2277 <br><br> Jury Trial Demand |

FILED
DEC 15 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## COMPLAINT

### PRELIMINARY STATEMENT

1. This action seeks redress for the illegal practices of defendant in connection with the collection of debts. The Complaint alleges that defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") entitling plaintiff to relief.

### JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (general federal question jurisdiction) and 15 U.S.C. § 1692k (Fair Debt Collection Practices Act).

### PARTIES

3. Plaintiff, Danny Wiley, is an individual who resides in Sullivan, Moultrie County, Illinois.

4. Plaintiff is a "consumer" as defined by Section 803(3) of the Fair Debt Collection Practices Act, 15 U.S.C. section 1692a(3).

5. Defendant, Pentagroup Financial, L.L.C., is a limited liability company organized

under the laws of the State of Texas. Its principal place of business is located at 5959 Corporate Drive, Suite 1400, Houston, Texas 77036.

6. Defendant Pentagroup Financial, L.L.C. is a "debt collector" as defined in Section 803(6) of the FDCPA, 15 U.S.C. section 1692a(6).

7. At all times relevant to this matter, Defendant Pentagroup Financial, L.L.C. was collecting a consumer debt as defined by Section 803(5) of the FDCPA, 15 U.S.C. section 1692a(5).

**FAIR DEBT COLLECTION PRACTICES ACT ALLEGATIONS**

8. Sometime prior to 2005, Plaintiff defaulted in his contractual obligations to Providian.

9. In early 2005, Providian placed its credit card account with Defendant Pentagroup Financial, L.L.C. for collection.

10. Defendant Pentagroup Financial, L.L.C. assigned the debt to an employee named Mrs. Morgan.

11. During a period spanning May 2005 through November 2005, Mrs. Morgan contacted Plaintiff Danny Wiley by telephone in numerous attempts to collect the credit card debt.

12. On or about November 17, 2005, Defendant Pentagroup Financial, L.L.C. reassigned the debt to another employee named Robin Tolbert.

13. On November 17, 2005, at about 6 p.m., Robin Tolbert attempted to contact the Plaintiff Danny Wiley in an attempt to collect the debt.

14. The telephone was answered by Plaintiff's mother, Wilma Wiley.

15. Tolbert identified herself and stated that she was collecting a debt owed by the Plaintiff Danny Wiley.

16. Tolbert advised Wilma Wiley that if she did not hear from Plaintiff by 10 a.m., Friday, November 18, 2005, that she would send the Moultrie County Sheriff to his place of employment, Masterbrand, and have him arrested.

17. Wilma Wiley contacted Plaintiff's brother, Randy Wiley, and relayed the message left by Tolbert.

18. Randy Wiley relayed the message to Danny Wiley.

19. On November 18, 2005, at 8:40 a.m., Plaintiff Danny Wiley contacted Tolbert at 800-979-5569.

20. Tolbert identified herself as an attorney.

21. On information and belief, Tolbert is not an attorney.

22. Tolbert accused Plaintiff Danny Wiley of committing bank fraud when he made a payment to Defendant Pentagroup Financial, L.L.C. with a check that was returned for non sufficient funds.

23. Tolbert told Plaintiff Danny Wiley that he had until 11 a.m. to pay her $900 or he was going to jail for bank fraud.

24. Plaintiff Danny Wiley and his mother borrowed the $900 and sent it to Defendant via Western Union.

25. On November 18, 2005, at 11:30 a.m., Tolbert called Plaintiff Danny Wiley for the purpose of collecting the debt.

26. Tolbert advised Plaintiff Danny Wiley that he had until 10 a.m. on November 21, 2005, to pay Defendant the remaining $4,000.00.

27. On November 21, 2005, at approximately 11 a.m., Tolbert called Plaintiff Danny Wiley in an attempt to collect the debt.

28. Tolbert asked Plaintiff, "Why didn't you call me back?"

29. Plaintiff stated that he was not sure that he owed Defendant another $4,000.

30. Tolbert then called him "stupid" and "irresponsible." Tolbert also threatened to call his employer and inform the employer that he cannot pay his bills in an attempt to have him fired from his job.

31. Defendant Pentagroup Financial, L.L.C. violated the FDCPA by using language with the natural consequence of which is to harass, oppress or abuse the Plaintiff during the collection of a debt in violation of 15 U.S.C. §§ 1692d, 1692d(1), and 1692d(2).

32. Defendant Pentagroup Financial, L.L.C. violated the FDCPA by having an employee contact Plaintiff Danny Wiley and threaten that he will be criminally prosecuted if the debt is not paid in violation of 15 U.S.C. §§ 1692d, 1692e, 1692e(4), 1692e(5), 1692e(7), and 1692e(10).

33. Defendant Pentagroup Financial, L.L.C. violated the FDCPA by having an employee make the false representation that she is an attorney in violation of 15 U.S.C. §§ 1692e, 1692e(3), and 1692e(10).

34. Defendant Pentagroup Financial, L.L.C. violated the FDCPA by having an employee communicate with a third party, Wilma Wiley, in an attempt to collect a debt in violation of 15 U.S.C. § 1692c(b).

35. As a result of Defendant's conduct, Plaintiff suffered actual damages.

WHEREFORE, Plaintiff Danny Wiley requests that the Court enter judgment in his favor and against Defendant Pentagroup Financial, L.L.C. for: (a) actual and statutory damages, (b) attorney's fees, litigation expenses and costs, and (c) such other or further relief as the Court deems appropriate.

        DANNY WILEY, Plaintiff

        s/ Roy Jackson Dent
        Roy Jackson Dent Bar Number 6255835
        Attorney for Plaintiff
        Brankey & Smith, P.C.
        622 Jackson Avenue
        Charleston, IL 61920
        Phone: (217) 345-6222
        Fax:   (217) 345-6232
        E-Mail: rdent@brankeysmithpc.com

JS-44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Danny Wiley

## DEFENDANTS
Pentagroup Financial, L.L.C., a Texas Limited Liability Company

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920
(217) 345-6222    Fax: (217) 345-6232

Attorneys (If Known)

**FILED**
DEC 15 2005
05-2277
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 362 Personal Injury— Med. Malpractice ☐ 365 Personal Injury — Product Liability ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws ☐ 640 R.R. & Truck ☐ 650 Airline Regs. ☐ 660 Occupational Safety/Health ☐ 690 Other | ☐ 450 Commerce/ICC Rates/etc. ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 810 Selective Service ☐ 850 Securities/Commodities/Exchange ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | **PROPERTY RIGHTS** ☐ 820 Copyrights ☐ 830 Patent ☐ 840 Trademark | |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | | |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury | | **LABOR** ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Railway Labor Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information Act ☐ 900 Appeal of Fee Determination Under Equal Access to Justice ☐ 950 Constitutionality of State Statutes |
| ☐ 160 Stockholders' Suits ☐ 190 Other Contract ☐ 195 Contract Product Liability | | | | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | ☐ 441 Voting ☐ 442 Employment ☐ 443 Housing/ Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus: ☐ 530 General ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition | | **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | x 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collections Practices Act

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ Unspecified
CHECK YES only if demanded in complaint:
JURY DEMAND: X Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE December 14, 2005
SIGNATURE OF ATTORNEY OF RECORD
[signature]

FOR OFFICE USE ONLY