AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

DANNY WILEY

V.

PENTAGROUP FINANCIAL, L.L.C.,
a Texas Limited Liability Company,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05- 2277

TO: (Name and address of Defendant)

PENTAGROUP FINANCIAL, L.L.C.
c/o CT Corporation System
208 South LaSalle Street, Suite 814
Chicaho, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

December 15, 2005
DATE

s/S. Johnson
(BY) DEPUTY CLERK