E-FILED
Thursday, 26 January, 2006 12:57:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| Danny Wiley | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 05-2277 |
| Pentagroup Financial, L.L.C., a Texas Limited | ) |
| Liability Company | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**Pentagroup Financial, L.L.C.**

I certify that I am admitted to practice in this court.

Date:   January 26, 2006

Respectfully submitted,
Pentagroup Financial, L.L.C.

By:  s/ Michael P. Smith
Michael P. Smith
Attorney No. 6281477
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 (f)
msmith@hinshawlaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| Danny Wiley )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) Case No. 05-2277<br>Pentagroup Financial, L.L.C., a Texas Limited )<br>Liability Company ) Judge Harold A. Baker<br>) Magistrate Judge David G. Bernthal<br>Defendant. ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2006 I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Roy Jackson Dent
BRANKEY & SMITH PC
rdent@brankeysmithpc.com

Respectfully submitted,
Pentagroup Financial, L.L.C.

By: s/ Michael P. Smith
Michael P. Smith
Attorney No. 6281477
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Phone: (312) 704-3016
Fax: (312)-704-3001
msmith@hinshawlaw.com