UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| Danny Wiley<br><br>      Plaintiff,<br><br>vs.<br><br>Pentagroup Financial, L.L.C., a Texas Limited Liability Company<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 05-2277<br>)<br>)  Judge Harold A. Baker<br>)  Magistrate Judge David G. Bernthal<br>) |

## MOTION FOR EXTENSION OF TIME

Defendant, Pentagroup Financial, L.L.C., by its attorneys, Hinshaw & Culbertson LLP, pursuant to Federal Rule of Civil Procedure 6(b) respectfully request that this court grant a 14-day extension of time to file a responsive pleading to the Plaintiff's Complaint, and in support thereof, state as follows:

1.    Plaintiff's Complaint purports to state a class action claim under the Fair Debt Practices Act against the defendants.

2.    Plaintiff's Complaint was filed on December 15, 2005, and defendant Pentagroup Financial, L.L.C. was served on December 29, 2005.

3.    Defense counsel was recently retained in this matter and has filed an Appearance. Defendant hereby requests an additional 14 days to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

WHEREFORE, Defendant, Pentagroup Financial, L.L.C., respectfully requests that this Court grant a 14-day extension of time, up to and including, February 9, 2006, to file a responsive pleading to the Plaintiff's Complaint.

    Respectfully submitted,
Pentagroup Financial, L.L.C.

By: s/ Michael P. Smith
Michael P. Smith
Attorney No. 6281477
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 (f)
msmith@hinshawlaw.com

6020203v1 862100

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| Danny Wiley ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 05-2277 |
| Pentagroup Financial, L.L.C., a Texas Limited ) | |
| Liability Company ) | Judge Harold A. Baker |
| ) | Magistrate Judge David G. Bernthal |
| Defendant. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on January 26, 2006 I electronically filed **Defendant's Motion for Extension of Time** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Roy Jackson Dent
BRANKEY & SMITH PC
rdent@brankeysmithpc.com

    Respectfully submitted,
Pentagroup Financial, L.L.C.

By: s/ Michael P. Smith
Michael P. Smith
Attorney No. 6281477
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Phone: (312) 704-3016
Fax: (312)-704-3001
msmith@hinshawlaw.com

6020203v1 862100