E-FILED
Tuesday, 04 April, 2006  09:40:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| DANNY WILEY, </br></br>Plaintiff, </br></br>vs. </br></br>PENTAGROUP FINANCIAL, L.L.C., </br>a Texas Limited Liability Company, </br></br>Defendant. | ) </br>) </br>) </br>) </br>)  05-2277 </br>) </br>)  Jury Trial Demanded </br>) </br>) </br>) </br>) |

### STIPULATION TO DISMISS WITH PREJUDICE

Defendant, PENTAGROUP FINANCIAL LLC, by its undersigned attorneys, and Plaintiff, DANNY WILEY, by his undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.


/s/ Michael P. Smith
Counsel for Defendant

/s/ Roy Jackson Dent
Counsel for Plaintiff


David M. Schultz
Michael P. Smith
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000
msmith@hinshawlaw.com

Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, Illinois 61920
(217) 345-6222
rdent@brankeysmithpc.com